**No. 09-9717. Juan Lahera, Petitioner v. The Walt Disney Company, et al.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4732.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1084, 130 S. Ct. 2133, 176 L. Ed. 2d 752, 2010 U.S. LEXIS 3154.

**No. 09-9750. In re Windell McClain, Petitioner.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4757.

June 14, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1066, 130 S. Ct. 2135, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3185.

**No. D-2469. In the Matter of Discipline of Ralph T. Byrd.**

560 U.S. 963, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4749.

June 14, 2010. Ralph T. Byrd, of Laytonsville, Maryland, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. 09-11333 (09A1211). David Lee Powell, Petitioner v. Texas.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4969.

June 15, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-1126 (R46-019). Chauncey M. DePree, Jr., Petitioner v. Martha Saunders, et al.**

560 U.S. 981, 130 S. Ct. 3450, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4970.

June 16, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.1.

Same case below, 588 F.3d 282.

**No. 09-1009 (R46-020). Ulises Francisco Martinez Silva, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 980, 130 S. Ct. 3449, 177 L. Ed. 2d 353, 2010 U.S. LEXIS 4979.

June 16, 2010. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit in the above-entitled case was dismissed today pursuant to this Court's Rule 46.

Same case below, 329 Fed. Appx. 142.